NH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Weijian Chen, | No. CV-26-02521-PHX-SPL (DMF) |
| Petitioner, | |
| v. | **ORDER** |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner Weijian Chen, who is represented by counsel, filed a Petition for Writ of Habeas Corpus Under § 2241 (Doc. 1).

Petitioner is a citizen from China who entered the United States in December 2024 and was detained upon entry. On July 24, 2025, Petitioner was ordered removed, he timely appealed the removal order, and his removal proceedings remain pending before the Bureau of Immigration Appeals. Petitioner claims he has been detained for over 16 months without a bond hearing.

In Count One, Petitioner claims his prolonged detention violates 8 U.S.C. § 1226(a). In Count Two, he alleges his prolonged detention is a violation of his Fifth Amendment right to due process. Petitioner seeks release from custody or an individualized bond hearing.

The Court will require Respondents to answer the Petition.

. . . .

. . . .

TERMPSREF

**IT IS ORDERED:**

(1)     Counsel for Petitioner must immediately serve the Petition and a copy of this Order on Respondents.

(2)     If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)     The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)     Respondents must answer the Petition within **20 days** of the date of service. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)     Petitioner may file a reply within **10 days** from the date of service of the answer.

(6)     This matter is referred to Magistrate Judge Deborah M. Fine pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 14th day of April, 2026.

_____
Honorable Steven P. Logan
United States District Judge

TERMPSREF

- 2 -